HELEN H. EARLE, Respondent, v. CHARLES EARLE, Appellant.

Earle v. Earle, 164 App. Div. 713, affirmed.)

(Argued December 4, 1917; decided December 21, 1917.)

APPEAL from a judgment, entered January 25, 1915, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which judgment

modified and amended a judgment of divorce, duly entered in an action between the parties hereto, which judgment of divorce was dated the 17th day of June, 1912, by inserting in said judgment provisions for the support, maintenance and education of an infant child of the parties hereto who is now in the custody of the plaintiff, respondent.

*Carlisle Norwood* for appellant.
*John B. Quintin* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: HOGAN, POUND, McLAUGHLIN and CRANE, JJ. Dissent: HISCOCK, Ch. J., CHASE and COLLIN, JJ.